# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20459   Satanic Temple v. TX Hlth and Human Svc
                USDC No. 4:21-CV-387

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

Ms. Heather Lee Dyer
Mr. Christopher D. Hilton
Mr. Ryan Glen Kercher
Mr. Matt Kezhaya