# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 18, 2023
Lyle W. Cayce
Clerk

No. 22-20459

―――――――――

The Satanic Temple, Incorporated,

*Plaintiff—Appellant*,

versus

Texas Health and Human Service Commission; Cecile Young,

*Defendants—Appellees*.

―――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-387

―――――――――

Before Smith, Higginson, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for want of jurisdiction.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.